ORIGINAL

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

FILED WITH THE COURT
07-00430
LEO M. GORDON, CLERK

TIMKEN US CORPORATION,

Plaintiff,

v.

UNITED STATES,

Defendant.

Court No. (TO BE ASSIGNED)

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Terence P. Stewart certifies that

1. I am

■ an attorney at the law firm of STEWART AND STEWART; or an attorney in the corporate legal department of ______________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by ________________________________.

2. I represent, or am retained by or on behalf of

■ a party to this action,

☐ an interested party that has filed a motion to intervene in this action, which is identified below:

______________________________________________.

3. I was

■ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action, namely: Ball Bearings and Parts Thereof from France, Germany, Italy, Japan, and the United Kingdom, POR 17, Final Results, 72 Fed. Reg. 58053 (Oct. 12, 2007).

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4. I am

■ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

Terence P. Stewart
[Attorney or consultant]

Stewart and Stewart
2100 M Street, NW
Washington D.C.
(202) 785-4185

[Address and Telephone Number]

Date: November 8, 2007

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TIMKEN US CORPORATION,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. (TO BE ASSIGNED) |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Wesley K. Caine certifies that

1. I am

   ■ an attorney at the law firm of STEWART AND STEWART; or an attorney in the corporate legal department of ________________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

   ☐ a consultant employed by __________________________________.

2. I represent, or am retained by or on behalf of

   ■ a party to this action,

   ☐ an interested party that has filed a motion to intervene in this action, which is identified below:

   ____________________________________________.

3. I was

   ■ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action, namely: Ball Bearings and Parts Thereof from France, Germany, Italy, Japan, and the United Kingdom, POR 17, Final Results, 72 Fed. Reg. 58053 (Oct. 12, 2007).

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4. I am

■ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

Wesley K. Caine
[Attorney or consultant]

Stewart and Stewart
2100 M Street, NW
Washington D.C.
(202) 785-4185

[Address and Telephone Number]

Date: November 8, 2007

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TIMKEN US CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court No. (TO BE ASSIGNED) |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

William A. Fennell certifies that

1. I am

■ an attorney at the law firm of STEWART AND STEWART; or an attorney in the corporate legal department of ______________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by ________________________________.

2. I represent, or am retained by or on behalf of

■ a party to this action,

☐ an interested party that has filed a motion to intervene in this action, which is identified below:

________________________________________________.

3. I was

■ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action, namely: Ball Bearings and Parts Thereof from France, Germany, Italy, Japan, and the United Kingdom, POR 17, Final Results, 72 Fed. Reg. 58053 (Oct. 12, 2007).

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4. I am

■ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

William A. Fennell
[Attorney or consultant]

Stewart and Stewart
2100 M Street, NW
Washington D.C.
(202) 785-4185

[Address and Telephone Number]

Date: November 8, 2007

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TIMKEN US CORPORATION,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. (TO BE ASSIGNED) |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Geert De Prest certifies that

1. I am

   ■ an attorney at the law firm of STEWART AND STEWART; or an attorney in the corporate legal department of ______________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

   ☐ a consultant employed by ___________________________________.

2. I represent, or am retained by or on behalf of

   ■ a party to this action,

   ☐ an interested party that has filed a motion to intervene in this action, which is identified below:
   ____________________________________________________.

3. I was

   ■ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action, namely: Ball Bearings and Parts Thereof from France, Germany, Italy, Japan, and the United Kingdom, POR 17, Final Results, 72 Fed. Reg. 58053 (Oct. 12, 2007).

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4. I am

■ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

Geert De Prest
[Attorney or consultant]

Stewart and Stewart
2100 M Street, NW
Washington D.C.
(202) 785-4185

[Address and Telephone Number]

Date: November 8, 2007

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TIMKEN US CORPORATION,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. (TO BE ASSIGNED) |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Lane S. Hurewitz certifies that

1. I am

■ an attorney at the law firm of STEWART AND STEWART; or an attorney in the corporate legal department of ________________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by ________________________________________.

2. I represent, or am retained by or on behalf of

■ a party to this action,

☐ an interested party that has filed a motion to intervene in this action, which is identified below:

________________________________________________________________.

3. I was

■ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action, namely: Ball Bearings and Parts Thereof from France, Germany, Italy, Japan, and the United Kingdom, POR 17, Final Results, 72 Fed. Reg. 58053 (Oct. 12, 2007).

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4. I am

■ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

Lane S. Hurewitz
[Attorney or consultant]

Stewart and Stewart
2100 M Street, NW
Washington D.C.
(202) 785-4185

[Address and Telephone Number]

Date: November 8, 2007

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TIMKEN US CORPORATION,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. (TO BE ASSIGNED) |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Patrick J. McDonough certifies that

1. I am

■ an attorney at the law firm of STEWART AND STEWART; or an attorney in the corporate legal department of ______________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by ________________________________.

2. I represent, or am retained by or on behalf of

■ a party to this action,

☐ an interested party that has filed a motion to intervene in this action, which is identified below:

________________________________________________.

3. I was

■ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action, namely: Ball Bearings and Parts Thereof from France, Germany, Italy, Japan, and the United Kingdom, POR 17, Final Results, 72 Fed. Reg. 58053 (Oct. 12, 2007).

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4. I am

■ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

Patrick J. McDonough
Patrick J. McDonough
[Attorney or consultant]

Stewart and Stewart
2100 M Street, NW
Washington D.C.
(202) 785-4185

[Address and Telephone Number]

Date: November 8, 2007

Form 17

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TIMKEN US CORPORATION,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. (TO BE ASSIGNED) |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Philip A. Butler certifies that

1. I am

■ an attorney at the law firm of STEWART AND STEWART; or an attorney in the corporate legal department of ______________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by ________________________________.

2. I represent, or am retained by or on behalf of

■ a party to this action,

☐ an interested party that has filed a motion to intervene in this action, which is identified below:

_____________________________________________.

3. I was

■ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action, namely: Ball Bearings and Parts Thereof from France, Germany, Italy, Japan, and the United Kingdom, POR 17, Final Results, 72 Fed. Reg. 58053 (Oct. 12, 2007).

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4. I am

■ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

Philip A. Butler
[Attorney or consultant]

Stewart and Stewart
2100 M Street, NW
Washington D.C.
(202) 785-4185

[Address and Telephone Number]

Date: November 9, 2007

RECEIVED & FIL...

2007 ...

U.S. COURT OF
INTERNATIONAL TRA...
OFFICE OF THE CL...

11-9-07